IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:13-cr-00009-RRB |
| vs. | **ORDER** |
| JOSEPH JOHN BRENNAN, III, | |
| Defendant. | |

For the reasons set forth by the Government at Docket 53, Defendant's Motion for Early Termination of Supervised Release at Docket 51 is hereby DENIED, WITHOUT PREJUDICE. While Defendant's progress to date has been impressive, given Defendant's history, more time is required before a release from supervised release is justified.

IT IS SO ORDERED this 18th day of March, 2020, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge