IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH JOHN BRENNAN, III,<br><br>        Defendant. | Case No. 4:13-cr-00009-RRB<br><br>**ORDER** |

      Upon due consideration of Defendant's Motion for Early Termination of Supervised Release at Docket 55, and the Government's non-opposition thereto at Docket 57, the motion is GRANTED.

      IT IS HEREBY ORDERED that Defendant's term of supervised release shall terminate on September 14, 2020.

      IT IS SO ORDERED this 28th day of August, 2020, at Anchorage, Alaska.

                                                  */s/ Ralph R. Beistline*
                                                     RALPH R. BEISTLINE
                                          Senior United States District Judge